IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

     Plaintiff,                            No. CIV S-06-2707 MCE EFB PS

     vs.

RESTORATION GROUP, INC., et al.,         <u>ORDER</u>

     Defendants.
_____/

     This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636.

     Plaintiff has recently filed several documents, some of which appear to contain requests to continue the hearing calendared for March 14, 2007 on defendants' motion to dismiss, and for additional time to file an opposition. The court notes that plaintiff's requests for additional time are buried in various filings rather than being expressly made pursuant to Local Rule 6-144. To the extent plaintiff's recent filings can be construed as a request for extensions of time under that Local Rule, such requests are denied.

     The court notes that it previously granted plaintiff an extension of time to file an opposition to defendants' motion, and continued the hearing in light of that extension. Plaintiff has had ample notice of defendants' motion, which was filed on February 1, 2007. The

1

1  document styled "Plaintiff's Objection to Defendants Untimely Motion Under FRCP 12(b)(6)
2  and 12(b)(1); To Question Not Ripe for Determination Absent Discovery Re: Disputed Facts;
3  and to Insufficient Time to Accommodate Limitations of Disability in Response to Motion
4  Construed in Contravention of Objection," shall be construed by the court as plaintiff's
5  opposition to the motion to dismiss.
6      Unless otherwise notified by the court, the hearing remains set for March 14, 2007, at
7  10:00 a.m. in Courtroom No. 25 before the undersigned.  No telephonic appearances will be
8  allowed.  Failure to appear may be deemed a withdrawal of the motion or the opposition, and
9  may result in the imposition of sanctions.  E.D. Cal. L.R. 78-230(j).
10      IT IS SO ORDERED.
11  DATED:  March 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE