IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

     Plaintiff,                            No. CIV S-06-2707 MCE EFB PS

     vs.

RESTORATION GROUP, INC., et al.,        <u>ORDER</u>

     Defendants.

_____/

     This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636. Plaintiff has requested an extension of time in which to file her objections to the findings and recommendations issued on May 18, 2007. *See* Fed. R. Civ. P. 6. Good cause appearing, plaintiff's request is granted and the time for her to file her objections is enlarged by forty-five (45) days. The court will look with disfavor upon any further requests to extend the time.

     SO ORDERED.

DATED: May 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE