1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICIA A. MCCOLM,                            No. 06-cv-02707-MCE-EFB PS

12              Plaintiff,

13        vs.                                        ORDER

14   RESTORATION GROUP, INC., et al.,

15              Defendants.                    _____

16   _____/

17              On May 18, 2007, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within ten days.  By order filed May 30, 2007, the

20   magistrate judge granted plaintiff an additional forty-five days in which to file her objections.

21   Plaintiff filed objections on July 16, 2007, defendants filed a response to plaintiff's objections on

22   July 24, 2007, and they were considered by the undersigned.

23              This court reviews de novo those portions of the proposed findings of fact to

24   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

25   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

26   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed May 18, 2007, are ADOPTED;

2.  Defendant's motion to dismiss is granted as to all defendants; and

3. The Clerk is directed to close this case.

Dated:  July 31, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2