# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

PATRICIA A. MCCOLM,

CASE NO: **2:06–CV–02707–MCE–EFB**

v.

RESTORATION GROUP INC., ET AL.,

_____

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 08/01/07**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **August 1, 2007**

by:  /s/  D. Duong_____
Deputy Clerk