UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>RESTORATION GROUP INC., a California Corporation; et al.,<br><br>    Defendants - Appellees. | No. 07-16826<br>D.C. No. CV-06-02707-MCE<br><br>**ORDER** |

**FILED**

NOV 13 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 11.8.07